AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

NATHANIEL WETTER TAYLOR
*Plaintiff*
v.
THE HERITAGE FOUNDATION, et al.
*Defendant*

Case No. 1:26-cv-01948-RDM

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants The Heritage Foundation and Eric Korsvall .

Date: August 13, 2026

*/s/ Grace Moore*
*Attorney's signature*

Grace Moore (D.C. Bar No. 90026954)
*Printed name and bar number*

WILEY REIN LLP
2050 M Street, NW
Washington, DC 20036
*Address*

gomoore@wiley.law
*E-mail address*

(202) 719-4767
*Telephone number*

(202) 719-7049
*FAX number*